[No. 6371-9-II. Division Two. March 6, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE
HERBERT CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 7834, Don L. McCulloch, J., entered May
6, 1982. *Affirmed* by unpublished opinion per Worswick,
A.C.J., concurred in by Petrie and Reed, JJ.

[Nos. 6131-7-II; 6182-1-II. Division Two. March 7, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
RAY BAILEY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. TAMMY
LEE REDMON, *Appellant*.

Appeals from judgments of the Superior Court for Lewis
County, No. CR 816284, Dale M. Nordquist, J., entered
February 8 and 2, 1982. *Affirmed* by unpublished opinion
per Reed, J., concurred in by Worswick, A.C.J., and Petrie,
J.

[No. 5318-1-III. Division Three. March 8, 1984.]

FLORENCE EATON, *Appellant*, v. THOMAS SHANTIE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Columbia County, No. 11268, Patrick McCabe, J., entered
July 15, 1982. *Affirmed* by unpublished per curiam opinion.